# MINUTE ORDER

Page 1

## Magistrate Judge Marty F. Elfenbein

**Atkins Building Courthouse - 5th Floor**     Date: 3/6/26     Time: 2:00 p.m.

Defendant:  Rishi Kapoor     J#: 46389-512     Case #: 26-CR-20073-MOORE/D'ANGELO(SEALED)

AUSA: Elizabeth (Beth) Young     Attorney: Fred Schwartz (TEMP)

Violation: Consp to Commit Wire Fraud.Wire Fraud.Money Laundering.Consp to Commit Offenses against, and to Defraud The U.S.Failure to Account for and Pay Over Trust Fund Tax.Attempt to Evade or Defeat Tax.Failure to File Tax Returns.Bank Fraud.     Surr/Arrest Date: 3/6/26     YOB: 1984

Proceeding: Initial Appearance     CJA Appt:

Bond/**PTD Held**: ◉ Yes   ○ No     Recommended Bond:

Bond Set at:     Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- [x] Random urine testing by Pretrial Services
  Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [x] Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- [x] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Language:  English

Disposition:

Defendant advised of rights and charges.

Government ore tenus motion to unseal

-GRANTED-. ** BRADY ORDER NOT GIVEN **

Defense counsel filed a temporary notice of appearance in open court.

Government seeks PTD based on risk of flight.

Joint ore tenus motion for PTD hearing -GRANTED-.

Detention hearing held, the Government offered exhibits for the Court's review. Exhibits to be filed.

Special Agent: Austin Steelman sworn and testified.

Government ore tenus motion for PTD -GRANTED-.

The Court Ordered the Defendant detained Pretrial

Detention based on risk of flight. Proposed Order due

Monday March 9, 2026, by the close of business.

Time from today to _____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | 3/20/26 | 10AM | DUTY | MIAMI |
| PTD/Bond Hearing: | | | | |
| Prelim/**Arraign** or Removal: | 3/20/26 | 10AM | DUTY | MIAMI |
| Status Conference RE: | | | | |

D.A.R. **14:22:23; 15:00:59; 17:57:44**     Time in Court: **3 hrs & 30 mins**

s/Marty F. Elfenbein     Magistrate Judge